UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM JONES,

      Plaintiff,

v.                             Case No. 18-C-1866

JAY VAN LANEN et al.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING MOTION ALLOWING USE OF PEN

Plaintiff William Jones, an inmate incarcerated at Green Bay Correctional Institution and representing himself, filed a motion for an order allowing him to use a pen for litigation purposes. Dkt. No. 25. On March 18, 2019, Magistrate Judge William Duffin filed a Report and Recommendation that recommended Jones' motion be denied. Dkt. 34. Jones had until April 1, 2019, to file written objections to all or part of Judge Duffin's recommendation. To date, Jones has not filed any objections. Because the recommendation is neither clearly erroneous nor contrary to law, the court **ADOPTS** the Report and Recommendation (Dkt. 34) in full and **DENIES** Jones' motion for an order allowing use of a pen (Dkt. No. 25). *See* Fed. R. Civ. P. 72(a) ("A party may not assign as error a defect in the order not timely objected to.").

**SO ORDERED** this  10th  day of April, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court